THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY EARL PARKER and<br>AMBER HEILMAN-BLANTON,<br><br>Defendant. | Case No.: CR16-188JLR<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE** |

Based on the motion of Amber Heilman-Blanton to continue the trial date and pretrial motions deadline, Dkt. 30, and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, and which Anthony Earl Parker has moved to join, Dkt. 32, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B(i).

3. The defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

AMBER HEILMAN-BLANTON – 161F3123
B11- Proposed Order-Motion to Continue Trial
and Pretrial Motions Deadline

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS NOW, THEREFORE, ORDERED that trial shall be continued from September 26, 2016 to January 26, 2017 at 1:30 p.m. and pre-trial motions continued from August 9, 2016 to December 13, 2016, and that the time between the date that the Motion to Continue, Dkt. 30, was filed until the new trial date shall be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 18 U.S.C.§ 3161(h)(6).

DATED this 2ND day of August, 2016.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert D. Butler
Robert D. Butler, WSBA#22475
Attorney for Amber Heilman-Blanton
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: bob@rdbutlerlaw.com

s/ Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Anthony Earl Parker
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101

AMBER HEILMAN-BLANTON – 161F3123
B11- Proposed Order-Motion to Continue Trial
and Pretrial Motions Deadline

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of the record for all parties. I hereby certify that I have served by any other parties of record that are non CM/ECF participants via Tele-fax or United States Postal Mail.

DATED this 25th day of July, 2016.

**LAW OFFICES OF ROBERT D. BUTLER**

_s/ Samantha L. Kahabka_
Samantha L. Kahabka
Legal Assistant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: admin@rdbutlerlaw.com

AMBER HEILMAN-BLANTON – 161F3123
B11- Proposed Order-Motion to Continue Trial
and Pretrial Motions Deadline

Law Offices of
ROBERT D. BUTLER
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448