Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EARL PARKER,<br><br>Defendant. | NO. CR16-0188 JLR<br><br>ORDER GRANTING MOTION TO SEAL ADDENDUM TO GOVERNMENT'S SENTENCING MEMORANDUM |

This matter has come before the Court on the motion to seal the United States' Addendum to Government's Sentencing Memorandum. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of the sentencing addendum under seal.

//
//
//

Sealing Order - 1
*United States v. Heilman-Blanton*, CRCR16-0188 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the United States' sentencing addendum be filed under seal.

DATED this 16th day of October, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*/s Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-4399
Fax: 206-553-4440
E-mail: nicholas.manheim@usdoj.gov

Sealing Order - 2
*United States v. Heilman-Blanton*, CRCR16-0188 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970