THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY PARKER, <br><br> Defendant. | No. CR 16-188-JLR <br><br> ~~(PROPOSED)~~ ORDER TO SEAL EXHIBIT 2 OF DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of Defendant Anthony Parker to file Exhibit 2 of his Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file this document under seal.

IT IS ORDERED that Exhibit 2 of Defendant's Sentencing Memorandum be filed under seal.

DATED this 17 day of October, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Anthony Parker

ORDER TO SEAL EXHIBIT 2 OF
DEFENDANT'S SENTENCING
MEMORANDUM
(Anthony Parker; CR16-188JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100