THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-0188JLR |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO MODIFY DEFENDANT'S BOND CONDITION |
| ANTHONY PARKER, | ) | |
| Defendants. | ) | |

THIS MATTER having come on before the Court on defendant's unopposed motion requesting a modification of his Appearance Bond, to wit, elimination of the electronic home monitoring, and the Court having reviewed the instant motion and the records in this matter, now, therefore,

ORDERS that the condition of electronic home monitoring be eliminated as a condition of defendant Anthony Parker's Appearance Bond. Specifically that the following language on the second page of the Bond Conditions Imposed, filed with the Court on January 4, 2017 (Dkt. 56), be deleted:

ORDER GRANTING UNOPPOSED MTN TO
MODIFY BOND CONDITION - 1
*USA v. Parker* / CR16-188JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of Mr. Parker's Appearance Bond previously set shall remain in effect.

DONE this 30th day of October, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Anthony E. Parker

ORDER GRANTING UNOPPOSED MTN TO
MODIFY BOND CONDITION - 2
USA v. Parker / CR16-188JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100