1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-188-JLR |
| Plaintiff, | |
| v. | [PROPOSED] |
| ANTHONY EARL PARKER, and AMBER HEILMAN-BLANTON, | **FINAL ORDER OF FORFEITURE** |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1.   Dell Inspiron laptop, model 5421, Serial No. BRGHLWI;
2.   Dell laptop, model PP18L, Serial No. KX335A01;
3.   Samsung tablet, Serial No. RF2F40X3M2A;
4.   Dell laptop, model M4800, Serial No. 85RDL12;
5.   Lenovo laptop, model IdeaPad Z56, Serial No. 2634402401462;
6.   Samsung cellular phone, model SCH-U365, Serial No. A00004SCE23B18;
7.   Samsung Edge 6 cellular phone, Serial No. A3LSMG925P;
8.   Memorex 8 GB flash drive, purple in color;
9.   Ativia flash drive, model ps2008, pink in color;

Final Order of Forfeiture - 1
*U.S. v. Anthony Earl Parker and Amber Heilman-Blanton, CR16-188-JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. HP Officejet 6500, Serial No. TH07L2201H;

11. HP Deskjet 2547, Serial No. CN55P6P183;

12. Memorex 1 GB USB flash drive;

13. Nabi tablet computer, Serial No. A131223-009348;

14. HP Deskjet 1510 All-in-one series, Serial No. CN54E2P1CC; and,

15. Counterfeit Federal Reserve Notes.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 13, 2017, the Court entered Preliminary Orders of Forfeiture finding the above-identified property forfeitable and forfeiting the Defendants Parker and Heiman-Blanton's interests in it (Dkt. Nos. 96 & 97);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 136); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of January, 2018.

_____

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*U.S. v. Anthony Earl Parker and Amber Heilman-Blanton*, CR16-188-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Anthony Earl Parker and Amber Heilman-Blanton*, CR16-188-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970